UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CRIMINAL ACTION NO. 10-15-DLB-EBA-2**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**vs.**         **ORDER ADOPTING REPORT AND RECOMMENDATION**

**BILLY JOE MCKENZIE**                                                  **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

       This matter is before the Court upon the April 30, 2015 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 183). On April 27, 2015, Judge Atkins held a final revocation hearing, during which Defendant Billy Joe McKenzie stipulated to two violations outlined in United States Probation Officer Allison Biggs' Violation Report (Doc. # 173). Defendant allocuted before Judge Atkins, and waived his right to allocute before a United States District Court Judge (Doc. # 178). He later wrote a letter to the Court detailing his efforts to maintain gainful employment and support his family (Doc. # 184).

       Neither party has filed Objections to Judge Atkins' R&R, and the time to do so has now expired. Having reviewed the R&R, and the Court concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

       **IT IS ORDERED** as follows:

       (1)       The Magistrate Judge's Report and Recommendation (Doc. # 183) is hereby

**ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)  Defendant is found to have **VIOLATED** the terms of his supervised release as outlined in violation 1 and 3 of the April 20, 2015 Violation Report;

(3)  Defendant's supervised release is hereby **REVOKED**;

(4)  Defendant is sentenced to the custody of the Attorney General for **eight (8) months** incarceration, with his term of supervision to resume upon release from imprisonment;

(5)  A Judgment shall be entered concurrently herewith.

This 28th day of May, 2015.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2010\10-15-2 Order Adopting R&R re SRV.wpd

2